United States Press Association v. Frank Presbrey Company.—Motion denied, with ten dollars costs.   Present— Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Louis Schwartz v. James D. Rogers and Others.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Charles Chaplin v. Vitagraph-Lubin-Selig-Essanay, Inc.— Motion granted.   Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

National Surety Company v. Carolina Wenninger and Others.— Motion to dismiss appeal granted, with ten dollars costs.   Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Hyman Bauman and Others v. Æro Waist Company.— Application granted.   Order signed.   Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Joseph Elias v. Morris Kramer and Others.   Joseph Elias v. William Tresselt and Others.— Application denied, with ten dollars costs.   Order signed.   Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

In the Matter of Charles C. Branch, an Attorney.— Reference ordered before official referee.   Order to be settled on notice.   Present— Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

In the Matter of the Transfer Tax upon the Estate of John S. Foster, Deceased.   Carry O. Foster and Others, Individually and as Executors, Appellants; The Comptroller of the State of New York, Respondent.— Order affirmed, with costs.   No opinion.   Present — Clarke, P. J., McLaughlin, Scott, Dowling and Davis, JJ.

Henry Moran, Respondent, v. New York Railways Company, Appellant. — Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment to $987.66, without costs, in which event the judgment as so modified and the order appealed from are affirmed, without costs.   No opinion.   Order to be settled on notice.   Present — Clarke, P. J., McLaughlin, Scott, Dowling and Davis, JJ.

The People of the State of New York, Respondent, v. Franklin W. Sears, Appellant.— Judgment affirmed on the authority of People v. Cole (163 App. Div. 292).   Present — Clarke, P. J., McLaughlin, Scott, Dowling and Davis, JJ.; McLaughlin and Dowling, JJ., dissented on the dissenting opinion in People v. Cole (163 App. Div. 316).

Henry J. Schnitzer, Appellant, v. John Nemeth, Respondent.— Judgment and order affirmed, with costs.   No opinion.   Present— Clarke, P. J., McLaughlin, Scott, Dowling and Davis, JJ.